STATE OF NEW JERSEY v. ROGER J. MARCHAND.

October 24, 1988.

Petition for certification granted.   (See 227 *N.J.Super.* 92)

STATE OF NEW JERSEY v. TERRY MCLEOD.

October 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH VICARI.

October 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY FELICIANO.

October 24, 1988.

Petition for certification denied.

STEPHEN KARATZ v. SALLY S. SCHEIDEMANTEL.

October 25, 1988.

Petition for certification denied.